**EXHIBIT A**

## Mollers, Nancy

| | |
|---|---|
| From: | Mollers, Nancy |
| Sent: | Monday, March 15, 2004 3:17 PM |
| To: | 'Steiger,David'; Mollers, Nancy |
| Cc: | Clinton E. Cameron; Liles, Bill |
| Subject: | RE: Request for Information-Cooper Industries asbestos claims |
| Importance: | High |

Dave,

Below are answers to your questions regarding Gardner-Denver Mining & Construction Division claims. The asbestos claims for which Cooper seeks coverage arise in connection with equipment manufactured by the former M&C Division, and the equipment alleged to have contained asbestos involves primarily air tuggers and slushers.

If you need any other claim information, please contact Bill directly. Bill's e-mail is liles@cooperindustries.com, and his phone number is 713-209-8509.

Nancy

-----Original Message-----
**From:** Steiger,David [mailto:David.Steiger@cna.com]
**Sent:** Wednesday, March 10, 2004 2:23 PM
**To:** Mollers@CooperIndustries.com
**Cc:** Clinton E. Cameron
**Subject:** Request for Information-Cooper Industries asbestos claims

Nancy,

First, thanks for taking the time to speak with us today. As I mentioned this morning, I have a need to get some information regarding asbestos liabilities against Cooper Industries as soon as possible. I understand from our call that the only asbestos claims against Cooper that you are aware of are the Gardner Denver mining and machinery cases. (For the purposes of this inquiry, I am dealing with the tender by Cooper Cameron separately).

Given that the universe of all historic Cooper Industries asbestos cases is apparently quite small, I am hoping that answering these questions will not take up too much of your time. If you have numbers through December 31, 2003, that would suffice.

1) What is the total number of asbestos claims that were filed against Cooper to date?

   *35 cases and 35 plaintiffs*

2) What is the number of currently pending claims vs. Cooper Industries?   *33 are pending*

3) How many cases of the total have been closed without payment?   *Two cases*

4) How many of them closed with some sort of settlement payment?   *None*

5) What is the total paid in indemnity to date?   *None*

6) What is the total in paid expense to date?   *Approx. $57,000*

3/15/2004

COOP-ASB-0029039

Finally, am I correct that there are no currently pending claims against Cooper for silica?   Yes

Please do get back to me with whatever information you have as soon as you can. I REALLY appreciate it!

Regards,

Dave Steiger

(312) 822-2448

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

3/15/2004