EXHIBIT E

July 21, 2006

See Distribution List Attached

**Re:    Jennifer Ekblad, Individually and as Special Administrator of the Est. of Jeanette Runge (dec) v. AW Chesterton, et al. (Cooper Industries), Madison Co., IL, 3rd Judicial Circuit Court, IL, Case # 06-L-421, Cooper ID: 2006-0456**

Dear Sirs;

Pursuant to Bob Teets' letter dated March 23, 2006, enclosed is a copy of the above captioned complaint involving asbestos exposure allegations against Cooper Industries, Inc.

Ms. Susan Gunty, Gunty & McCarthy in Chicago, IL is defending this matter, and we will keep you informed regarding significant developments.

We hereby demand defense and indemnity under policies issued to Cooper Industries, Inc. Please review and advise your coverage position.

Sincerely,


Nancy Mollers

cc: Susan Gunty, Esq.


Enclosure

COOP-ASB-0000001

Distribution List:

Robert Murphy
Account Manager
Cavell USA, Inc.
2 Central Square
Cambridge, MA 02139-3311

Amy King
CNA
Environmental & Mass Tort Claims
333 S. Waubash Ave, 19th Floor
Chicago, IL 60104

Lillian Philburn
Claim Manager
Mt. McKinley Insurance Company
P.O. Box 830
Liberty Corner, NJ 07938-0830

Bonnie Diamond Aaron
Assistant Vice President
Resolute Management, Inc.
Mid-Atlantic Region
30 South 17th Street, Suite 700
Philadelphia, PA 19103

Allan Johnson
Account Executive
St. Paul Travelers Special Liability Group
P.O. Box 42929
Houston, TX 77242-2929

COOP-ASB-0000002