IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Cooper Industries, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action 4:13-cv-00575 |
| | § | |
| Continental Casualty Company, | § | |
| Transportation Insurance Company, | § | |
| and The Continental Insurance | § | |
| Company, | § | |
| | § | |
| Defendants. | § | |

## <u>DECLARATION OF TYLER S. MERTES</u>

I, Tyler S. Mertes, being duly sworn, depose and state as follows to the best of my information and belief:

1.  I make this declaration in support of the motion for summary judgment filed by Defendants/Counter-Plaintiffs Continental Casualty Company, Transportation Insurance Company, and The Continental Insurance Company (collectively "CNA"), in the above-captioned case relating to Cooper Industries, LLC's ("Cooper") Complaint.

2.  Attached hereto as **<u>Exhibit A</u>** are true and correct copy of a document produced by Cooper in this litigation, bates labeled COOP-ASB-0029039 to COOP-ASB-0029040.

3.  Attached hereto as **<u>Exhibit B</u>** are true and correct copies of the

relevant portions of the deposition transcript of Cooper's Rule 30(b)(6) witness, Melinda Rich Harper.

4.      Attached hereto as **<u>Exhibit C</u>** are true and correct copies of the relevant portions of the deposition transcript of Amy King.

5.      Attached hereto as **<u>Exhibit D</u>** are true and correct copies of the relevant portions of the deposition transcript of Jennifer Groszek.

6.      Attached hereto as **<u>Exhibit E</u>** is a true and correct copy of a document produced by Cooper in this litigation, bates labeled COOP-ASB-0000001.

7.      Attached hereto as **<u>Exhibit F</u>** is a true and correct copy of a document produced by Cooper in this litigation, bates labeled COOP-ASB-0002616.

8.      Attached hereto as **<u>Exhibit G</u>** are true and correct copy of the relevant portions of the deposition transcript of CNA's Rule 30(b)(6) witness, Daniel P. Caswell

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2014.                          /s/ Tyler Mertes
                                                   Tyler S. Mertes